Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT INSALACO )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>FIRE INSURANCE EXCHANGE )<br>)<br>Defendant(s). )<br>) | Case No: 4:20-CV-00664-KAW<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jacqueline C. Crutcher, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fire Insurance Exchange in the above-entitled action. My local co-counsel in this case is Michael A. Farbstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3838 North Causewy Blvd., Suite 2850<br>Metairie, Louisiana 70002 | 411 Borel Avenue, Suite 425<br>San Mateo, California 94402-3518 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (504) 837-2500 | (650) 554-6200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Jcrutcher@nt-lawfirm.com | maf@farbstein.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 32836.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/03/20

Jacqueline C. Crutcher
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacqueline C. Crutcher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/2020

Kandis Westmore

UNITED STATES MAGISTRATE JUDGE *October*

PRO HAC VICE APPLICATION & ORDER                                                              *2012*

# EXHIBIT A

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*JACQUELINE CHILDERS CRUTCHER ESQ., #32836*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 29th Day of April, 2010 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of October, 2019, A.D.

*[signature]*
Clerk of Court
Supreme Court of Louisiana